THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON 
 AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Barry LaFavor,       
Appellant.
 
 
 

Appeal From Aiken County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-343
Submitted March 19, 2004  Filed May 20, 2004 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Barry LaFavor pled guilty to 
 two counts of solicitation to commit murder.  He was sentenced to fifteen years 
 in prison.  LaFavor appeals, arguing his guilty plea did not comply with the 
 mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  On appeal, 
 counsel for LaFavor has filed a brief pursuant to Anders v. California, 
 386 U.S. 738 (1967), asserting that there were no meritorious grounds for appeal 
 and requesting permission to withdraw from further representation.  
LaFavor filed a pro se response, 
 arguing his waiver of presentment to the grand jury was insufficient.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1]
GOOLSBY, HOWARD, and BEATTY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.